# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12cr51 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| DEMETRIS D. WARD | : | |
| Defendant. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, and with the agreement of the United States Attorneys' Office, hereby orders the instant case unsealed, with the exception of the initial Complaint and any addenda to the same.

August 11, 2023

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE